UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                            :
PRINTING TEXTILES, LLC DBA BERGER TEXTILES, :
                                            :
    Plaintiff,                              :
                                            :
v.                                          : **Court No. 23-00062**
                                            :
UNITED STATES,                              : **PUBLIC DOCUMENT**
                                            :
    Defendant.                              :
_____:

# ORDER

Upon reading Plaintiff, Printing Textiles, LLC dba Berger Textiles', motion for relief from judgment pursuant to United States Court of International Trade Rule 60; and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that Plaintiff, Printing Textiles, LLC dba Berger Textiles', motion be, and hereby is, granted; and it is further;

ORDERED that the Court's April 1, 2025, dismissal in this matter is vacated; and it is further;

ORDERED that this matter is hereby returned to the Customs Case Management Calendar through and including December 26, 2025.

                                              /s/ Mark A. Barnett
                                                    JUDGE

Dated: <u>April 8, 2025</u>
       New York, New York