**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 12**

PRINTING TEXTILES, LLC (d/b/a Berger Textiles)

                              Plaintiff,

        v.

**UNITED STATES**

                              Defendant.

Court No.          23-00062

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that Kerem Bilge, Esq. of the law firm THOMPSON HINE LLP

has been substituted as attorney of record for plaintiff          in this action in place of

Kyl J. Kirby, Esq. of the law firm KYL J. KIRBY, ATTORNEY AND COUNSELOR AT LAW, P.C.          .

Dated: 05/26/2026                              PRINTING TEXTILES, LLC (d/b/a Berger Textiles)

                              By: _____
                                        Signature of Client
                                        Mindy Lambert, *Director*, Printing Textiles, LLC

\* \* \* \* \* \* \* \* \* \*

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action

as attorney for Plaintiff, Printing Textiles, LLC (d/b/a Berger Textiles)

_____, the plaintiff          herein,

and requests that all papers in connection therewith be served upon him

The individual attorney in the undersigned firm, corporate law department, or the

Government, who is responsible for the litigation, is Kerem Bilge          .

                                                  Name
Dated: 05/26/2026                    /s/ Kerem Bilge
                                                  Signature
                              Thompson Hine LLP
                                                  Firm
                              1919 M Street, NW
                                                  Street Address
                              Washington, DC 20036
                                        City, State and Zip Code
                              (202) 263-4104
                                        Telephone Number
                              Kerem.Bilge@thompsonhine.com
                                        E-mail address
                              By: Kerem Bilge
                                        New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)